IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-240-CR





SYLVESTER MAJORS,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0924444, HONORABLE JON N. WISSER, JUDGE PRESIDING



 






PER CURIAM

 Appellant's motion to withdraw notice of appeal from a judgment of conviction for
theft is granted. Tex. R. App. P. 59(b). The appeal is dismissed.



[Before Justices Powers, Kidd and B. A. Smith]

Dismissed on Appellant's Motion

Filed: June 23, 1993

[Do Not Publish]